**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01312-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

YIL JO YOUNG,
IBRAHAM OSMAN,
MANUEL AGUIRRE,
JULIO PENA,
JAIME MORALES,
MARCO GUERRERO,
JESUS LOPEZ MATA,
AGAPITO JARAMILLO,
GUSTAVO RUBIO,
WILLIAM SANTOS,
MARIO GARCIA,
IVAN PEREZ,
ARLON SANTANDER,
MARTIN ROSAS,
YURI TZUL,
JOSE ALCANTARA,
LUIS QUINTANILLA,
ERICK BOCH,
BERNARDO FERNANDEZ,
GIOVANNI ARROYO,
SANTOS DIAZ,
XING LIN WANG,
OMAR TURCIOS,
ROGER TALANCON,
CRESAENCIO BARRAZA,
THO LE, and
BERTRAM C. JOHNSON,

 Plaintiffs,

v.

SIX UNKNOWN NAMES AGENTS, or
MR. PRESIDENT OF THE UNITED STATES BARACK OBAMA,

 Defendants.

---

**ORDER DIRECTING PLAINTIFFS TO CURE DEFICIENCIES**

,

On May 9, 2014, Plaintiffs submitted a civil rights action. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this Order. Plaintiffs will be directed to cure the following if they wish to pursue any claims in this Court in this action. Any papers that Plaintiffs file in response to this Order must include the civil action number on this Order.

The Court acknowledges the order in *Jo v. Six Unknown Names Agents, et al.*, No. 14-cv-00700-BNB (D. Colo. Apr. 22, 2014), directing Plaintiff Young Yil Jo to show cause why he should not be subject to filing restrictions and monetary sanctions in this Court. Because the time has not run for Plaintiff to respond to that order to show cause, the Court will refrain from addressing filing restrictions and monetary sanctions in this action.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)  _X_   is not submitted (Each plaintiff must submit their **own** § 1915 Motion and Affidavit)
(2)  ___   is missing affidavit
(3)  _X_   is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing for each Plaintiff
(4)  ___   is missing certificate showing current balance in prison account
(5)  ___   is missing required financial information
(6)  ___   is missing authorization to calculate and disburse filing fee payments
(7)  ___   is missing an original signature by the prisoner
(8)  ___   is not on proper form
(9)  ___   names in caption do not match names in caption of complaint, petition or habeas application
(10) _X_   other: Plaintiffs may elect to pay the $400 filing fee in full rather than submit the § 1915 motion.

**Complaint, Petition or Application**:
(11) ___   is not submitted
(12) _X_   is not on proper form
(13) _X_   is missing original signatures by prisoners

(14) ____ is missing page nos. ____
(15) ____ uses et al. instead of listing all parties in caption
(16) ____ names in caption do not match names in text
(17) ____ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ____ other:

Accordingly, it is

ORDERED that Plaintiffs cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiffs file in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiffs shall obtain the Prisoner Complaint form and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (revised 10/1/12) (with the assistance of their case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiffs fail to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED May 20, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge