IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01312-LTB

YOUNG YIL JO,
IBRAHAM OSMAN,
MANUEL AGUIRRE,
JULIO PENA,
JAIME MORALES,
MARCO GUERRERO,
JESUS LOPEZ MATA,
AGAPITO JARAMILLO,
GUSTAVO RUBIO,
WILLIAM SANTOS,
MARIO GARCIA,
IVAN PEREZ,
ARLON SANTANDER,
MARTIN ROSAS,
YURI TZUL,
JOSE ALCANTARA,
LUIS QUINTANILLA,
ERICK BOCH,
BERNARDO FERNANDEZ,
GIOVANNI ARROYO,
SANTOS DIAZ,
XING LIN WANG,
OMAR TURCIOS,
ROGER TALANCON,
CRESAENCIO BARRAZA,
THO LE, and
BERTRAM C. JOHNSON,

    Plaintiffs,

v.

SIX UNKNOWN NAMES AGENTS, or
MR. PRESIDENT OF THE UNITED STATES BARACK OBAMA,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on June 27, 2014, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 27TH day of June, 2014.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk

        By: s/K Lyons
           Deputy Clerk